**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSUE CASTANEDA-CONTREREAS,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-CV-04564-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petitioner's Unopposed Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

DATED: September 4, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE